# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE FESHOLD,<br><br>                Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>                Defendant. | Case No. 2:10-cv-00003-RLH-PAL<br><br>**ORDER** |

       The court entered an order (Dkt. #19) extending the dates of the Discovery Plan and Scheduling Order for this case on August 16, 2010. The order established October 31, 2010 as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

       Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

       **IT IS ORDERED** that:

       1.    The trial date in this matter which is currently scheduled for 1/24/2011 at 8:30 a.m., with calendar call on 1/19/2011 at 8:45 a.m. are **VACATED** and **RESCHEDULED.** The new trial date in this matter is set for **6/13/2011 at 8:30 a.m.**, with calendar call on **6/8/2011 at 8:45 a.m.**, before Chief Judge Roger L. Hunt.

       2.    The settlement conference, which is currently scheduled for 12/1/2010 at 1:30 p.m. in the chambers of the undersigned is **VACATED** and **RESCHEDULED** for **March 16, 2011 at 1:30 p.m.** in the chambers of the undersigned. A separate order regarding settlement conference shall follow.

       Dated this 19th day of August, 2010.

                                                                             Peggy A. Leen<br>
                                                                             United States Magistrate Judge