# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE FESHOLD,<br>　　　　　　　　Plaintiff,<br>vs.<br>CLARK COUNTY,<br>　　　　　　　　Defendant. | Case No. 2:10-cv-00003-RLH-PAL<br>**ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for March 16, 2011 at 1:30 p.m. before the undersigned, is **VACATED** and **RESCHEDULED** to **March 24, 2011** at **1:30 p.m.**, in the chambers of the undersigned United States Magistrate Judge, Room 3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due March 9, 2010, is **VACATED** and **RESCHEDULED** to be received in chambers, Room 3071, not later than **4:00 p.m., March 17, 2011.**

Dated this 19th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge