# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE FESHOLD,<br><br>       Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>       Defendant. | Case No. 2:10-cv-00003-RLH-PAL<br><br>**ORDER** |

  Before the court is Defendant's Motion for Waiver of Attendance of Insurance Representative at Settlement Conference (Dkt. #35). The settlement conference for this matter is scheduled to be heard March 16, 2011 at 1:30 p.m. The court has reviewed the motion which states Defendant's remaining retention balance exceeds Plaintiff's last demand and that opposing counsel has no objection to the request. As such,

  **IT IS ORDERED** that Defendant's Motion for Waiver of Attendance of Insurance Representative at Settlement Conference (Dkt. #35) is **GRANTED,** and Ms. Mascioli will be available by telephone for the duration of the settlement conference.

  Dated this 7th day of March, 2011.

                      _____
                      Peggy A. Leen
                      United States Magistrate Judge