FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No.  1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:   (702) 252-7411

Attorneys for Defendant University
Medical Center of Southern Nevada

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYNE FESHOLD, | ) |
| | ) Case No. 2:10-cv-00003-RLH-PAL |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER OF** |
| vs. | ) **DISMISSAL** |
| | ) |
| CLARK COUNTY, a political | ) |
| subdivision, and municipality including | ) |
| its department, UNIVERSITY | ) |
| MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

LAW OFFICES OF                                   FISHER & PHILLIPS LLP
MICHAEL P. BALABAN

 /s/ Michael Balaban, Esq.                         /s/ Scott M. Mahoney, Esq.
Michael P. Balaban, Esq.                         Scott M. Mahoney, Esq.
10726 Del Rudini Street                          3800 Howard Hughes Pkwy, Suite 950
Las Vegas, NV 89141                              Las Vegas, NV 89169
Attorney for Plaintiff                           Attorneys for Defendant University
                                                 Medical Center of Southern Nevada

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2011

- 1 -

LasVegas90372.1

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169